IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DUOP DOOR, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:16CV553 |
| v. | ) | |
| SCOTT FRAKES, | ) | ORDER |
| Respondent. | ) | |

Upon receipt of the Clerk's memo (filing no. 16),

IT IS ORDERED that:

(1) The petitioner may proceed on appeal in forma pauperis.

(2) No certificate of appealability has been or will be issued.

(3) The Clerk shall process the appeal.

DATED this 8th day of June, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge